FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV 30 AM 9: 56
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 418-244 |
| SWANEY WOLLASTON ) | |
| ) | |
| Defendant ) | |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 30th day of November, 2018.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA